United States District Court
Southern District of Texas
FILED

MAR 1 3 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | CRIMINAL NO. B-15-007-MJ |
| JUAN LUIS HERNANDEZ-NAVAREZ | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about June 9, 2014, in the Southern District of Texas and within the jurisdiction of the Court,

**JUAN LUIS HERNANDEZ-NAVAREZ**

an alien, did willfully, knowingly and unlawfully enter the United States at a place other than as designated by immigration officials.

In Violation of Title 8, United States Code, Section 1325(a)(1).

Respectfully Submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ANA CANO
Assistant United States Attorney